**Order filed, October 30, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-13-00749-CV

———————

**JANELL SUE MARIN, Appellant**

**V.**

**JOEL JOSEPH MARIN, Appellee**

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 56502**

## ORDER

The reporter's record in this case was due **October 03, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lorraine Brazil**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM